HONORABLE JUDGE BENJAMIN H. SETTLE
MAGISTRATE JUDGE S. KATE VAUGHAN

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| TANNER MATTHEW NESS, | NO. C23-0566-BHS-SKV |
| Petitioner, | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER ~~(PROPOSED)~~ |
| v. | |
| DAN WHITE, | |
| Respondent. | |

The Court, having considered the motion for an extension of time, the Declaration of C. Mark Fowler, and the records and files herein, does hereby find and ORDER:

The motion for an extension of time to July 28, 2023, to file an answer to the habeas corpus petition is GRANTED.

DATED this 29th day of June, 2023.

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

ROBERT W. FERGUSON
Attorney General

_s/ C. Mark Fowler_
C. MARK FOWLER, WSBA # 59895
Assistant Attorney General

ORDER GRANTING MOTION FOR
EXTENSION OF TIME TO FILE AN
ANSWER ~~(PROPOSED)~~
NO. C23-0566-BHS-SKV

1