HONORABLE JUDGE BENJAMIN H. SETTLE
HONORABLE MAGISTRATE JUDGE S. KATE VAUGHAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TANNER MATTHEW NESS,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>DAN WHITE,<br><br>　　　　　　Respondent. | NO. C23-0566-BHS-SKV<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER ~~(PROPOSED)~~ |

The Court, having considered the motion for an extension of time, the Declaration of C. Mark Fowler, and the records and files herein, does hereby find and ORDER:

The motion for an extension of time to **August 21, 2023**, to file an answer to the habeas corpus petition is GRANTED.  **No further extensions will be granted**.

DATED this 1st day of August, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_S. Kate Vaughan_
　　　　　　　　　　　　　　　　　　　　　　　　　　　S. KATE VAUGHAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Presented by:

ROBERT W. FERGUSON
Attorney General

_s/ C. Mark Fowler_
C. MARK FOWLER, WSBA # 59895
Assistant Attorney General

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER ~~(PROPOSED)~~
NO. C23-0566-BHS-SKV

1

ATTORNEY GENERAL OF WASHINGTON
CORRECTIONS DIVISION
PO BOX 40116
OLYMPIA, WA 98504-0116
(360) 586-1445